United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **XIAONAN CHANG,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:25-CV-00294** |
| | § | |
| **ORLANDO PEREZ, *et. al.*,** | § | |
| **Respondents.** | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Petitioner's Emergency Petition for Writ of Habeas Corpus, (Dkt. No. 1), and the parties' Joint Motion to Dismiss Habeas Petition, (Dkt. No. 25). The parties submit that Petitioner was granted asylum by the Immigration Court on July 14, 2026, and that the Government did not file an appeal, rendering the Immigration Judge's asylum decision administratively final. (Dkt. No. 25). Petitioner was ordered released by this Court on February 11, 2026, and she remains out of detention following her grant of asylum. (Dkt. Nos. 21, 25). The parties note that Petitioner no longer faces the prospect of immigration detention, third-country removal, or supervision by Immigration and Customs Enforcement because she is protected as an asylee. (Dkt. No. 25). As such, dismissal of Petitioner's petition is now proper.

For the reasons stated above, the parties' Joint Motion to Dismiss Habeas Petition, (Dkt. No. 25), is **GRANTED**, and Petitioner's Emergency Petition for Writ of Habeas Corpus, (Dkt. No. 1), is **DISMISSED without prejudice.**

A final judgment will follow.

It is so **ORDERED**.

**SIGNED** on August 26, 2026.

John A. Kazen
United States District Judge